# In the United States Court of Federal Claims

|  |  |
|---|---|
| INTELLIGENT INVESTMENTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) <br> ) | No. 18-1221C <br><br> Filed:  December 16, 2020 |

### SHOW CAUSE ORDER

On November 24, 2020, the government filed a motion to dismiss the above-captioned matter for failure to prosecute, pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims ("RCFC") (ECF No. 28).  Plaintiff's response to the government's motion to dismiss was due on December 8, 2020.  To date, plaintiff has not filed a response to the government's motion to dismiss.

In light of the foregoing, the Court **ORDERS** that:

1. Plaintiff shall **FILE** its outstanding response to the government's motion to dismiss, on or before **January 8, 2021**; and

2. Plaintiff shall **SHOW CAUSE**, in writing, as to why it has not timely filed its repose to the government's motion to dismiss, on or before **January 8, 2021**.

Should plaintiff fail to file a response to the government's motion to dismiss by January 8, 2021, the Court will treat plaintiff's failure to respond as a failure to comply with this Order and to prosecute this matter pursuant to RCFC 41(b).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge